UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                          Case No. 24-CR-150

MANOJ PATEL,

    Defendant.

## ORDER GRANTING THE GOVERNMENT'S MOTION
## FOR LEAVE TO DISMISS INDICTMENT

Upon motion of the United States, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

**IT IS ORDERED** that the United States is granted leave to dismiss the Indictment in the above-captioned case.

Dated at Green Bay, Wisconsin, this 29th day of January, 2025.

                                                      WILLIAM C. GRIESBACH
                                                      United States Senior District Judge